11089553
$16376.17
-M&D-

# ZDARSKY, SAWICKI & AGOSTINELLI LLP
### ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

March 19, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202



FILED
MAR 22 2010
BANKRUPTCY COURT
BUFFALO, NY

**Re:   F.N. Burt Company, Inc.
       Case No. 99-12523K**

Ladies and Gentlemen:

Enclosed is my check no. 150 for $16,376.17, payable to the Clerk, representing the dividend(s) payable as follows, which are represented in (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| *Claim No.* | *Creditor* | *Amount* |
|---|---|---|
| 54 | Transfer Print Foils, Inc.<br>P.O. Box 538<br>East Brunswick, NJ 08816 | $15,320.17 |
| 123 | Mesch Engineering PC<br>450 Bewley Building<br>Lockport, New York 14094 | $1,056.00 |

I sent this dividend to the creditor but the check was not cashed. I wrote to the creditor, searched the internet and telephone directories for the creditor under both names George Schmidt and Arrow Packaging and found no listings, and understand that the United States Trustee's office did the same.

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Clerk
United States Bankruptcy Court
March 19, 2010
Page 2

    Thank you for your assistance.

                Very truly yours,

                ZDARSKY, SAWICKI & AGOSTINELLI LLP

                Mark J. Schlant

Enclosure
cc:    Ms. Anne Quinn
       Transfer Print Foils, Inc. (at above address)
       Mesch Engineering PC (at above address)