# 11090518

ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

294.03

KJ

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

September 3, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

**Re: F.N. Burt Company, Inc.
Case No. 99-12523K**

Ladies and Gentlemen:

Enclosed is my check no. 10161 for $294.03, payable to the Clerk, representing the dividend(s) payable as follows, which are represented in (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| Claim No. | Creditor | Amount |
|---|---|---|
| 97 | International Paper<br>PO Box 70664<br>Chicago, IL 60673 | $ 90.05 |
| 101 | Niagara Mohawk Power Corp.<br>c/o William C. Grossman, Esq.<br>PO Box 5026<br>Buffalo, NY 14205 | $203.98 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure
cc: Ms. Anne Quinn



FILED SEP -7 2010
BANKRUPTCY COURT
BUFFALO, N.Y.